**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JOHN MELVIN GIVENS**                                                               **PLAINTIFF**

**V.**                                                                          **NO. 4:15CV00170-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                    **DEFENDANT**

## ORDER ON PETITION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's Petition [20] for attorney's fees pursuant to the Equal

Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), the Commissioner's Response [21], and

Plaintiff's Reply [22].

In these proceedings Plaintiff sought judicial review of the Social Security

Commissioner's final decision denying a claim for benefits.  By Final Judgment [19] dated June

30, 2016, this Court reversed the decision of the Commissioner and remanded the case for

further proceedings.  Plaintiff now seeks attorney's fees in the amount of $4,727.50, representing

23.2 hours of attorney time at a rate of $175.00 per hour, and paralegal work at $75.00 per hour

for 8.9 hours on the grounds that he was the prevailing party and the Commissioner's position

was not "substantially justified."[1]  The Commissioner has no objection to this request for fees.

The Court has fully considered the record of this matter and finds the requested amount is

reasonable.    **THEREFORE, IT IS ORDERED**:

That the Commissioner shall promptly pay to Plaintiff a total of $4,727.50 in fees for the

benefit of counsel for Plaintiff.

---

[1]Though Plaintiff's Motion [20] indicates he is seeking an award of attorney's fees calculated at a rate of $175 per hour for 23.2 hours, it inconsistently includes a total calculation for attorney's fees that exceeds the product of these figures.  In his Reply [22], however, Plaintiff clarifies that he seeks an award of $175 per hour for attorney's fees.

This, 8th day of August, 2016.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE